**FILED**

December 8, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )       Case No. CR.S-08-0559-JAM
            Plaintiff,           )
                                )       ORDER FOR RELEASE OF
v.                              )       PERSON IN CUSTODY
                                )
MAHA JAMAL BAROODY,             )
                                )
            Defendant.          )

TO:     UNITED STATES MARSHAL:

        This is to authorize and direct you to release MAHA JAMAL BAROODY, Case No. CR.S-

08-0559-JAM from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

        ___     Release on Personal Recognizance

    _X_     Bail Posted in the Sum of: $100,000.00

        _X_     Unsecured Appearance Bond

        ___     Appearance Bond with Surety

        _X_     (Other) Conditions as previously stated on the record.

        ___     (Other)

        This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

        Issued at  Sacramento, CA  on  12/8/08   at  2:55 p·m

                                        By _____
                                           Edmund F. Brennan
                                           United States Magistrate Judge