UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE: **Maha Jamal BAROODY**
**Docket Number:  2:08CR00559-01**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Hama, Syria.  Though she has an outstanding restitution obligation, it is our understanding that her disability benefits are being withheld from the Social Security Administration until her overpayment/restitution is paid in full.  Due to her physical disability, she is not working or generating any other income that could also be used to help pay her restitution.  Lastly, the defendant's sister, Haifa Mardini, is paying for her trip.  Therefore, the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 28, 2009, the probationer was sentenced for the offense of 18 USC 641 - Theft of Government Property.

**Sentence Imposed:**   60 months Probation; $36,982.76 Restitution; $100 Special Assessment.  **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; No new credit/debt.

**Dates and Mode of Travel:**   If the Court approves the request for travel, the probation officer will confirm the offender's itinerary prior to issuing a travel permit.  The offender will limit the travel period to 8 weeks.

**Purpose:**  The defendant's mother, Najah Chichakli, is elderly and ill and the defendant would like to spend a few months with her.  She will stay with her at Alshaeh, Hama, Syria, and can be reached at 963-33-232310.

**RE:  Maha Jamal BAROODY**
   **Docket Number:   2:08CR00559-01**
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

**DATED:**   July 1, 2009
   Elk Grove, California
   KMM/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
   **DEBORAH A. SPENCER**
   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____X____   Disapproved _____

____7/13/2009____   /s/ John A. Mendez
**Date**   **JOHN A. MENDEZ**
   **United States District Judge**