**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                         RE:    Maha Jamal BAROODY
                                                  Docket Number:   2:08CR00559-01
                                                  **RELEASE OF PASSPORT**

Your Honor:

On April 28, 2009, Your Honor sentenced the above noted offender following her plea of guilty to a violation of 18 USC 641 - Theft of Government Property.  She was sentenced to probation for a term of 60 months; $100 special assessment and $36,982.76 restitution.  Special conditions of probation include:  Search and seizure; Financial disclosure; No new credit charges or additional lines of credit; and Not dispose of or otherwise dissipate assets.

Ms. Baroody was under the supervision of the United States Pretrial Services from December 8, 2008,  to April 28, 2009.  As a condition of pretrial release, Ms. Baroody was ordered to forfeit her passport to the clerk's office.  Ms. Baroody is requesting her passport be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Ms. Baroody's passport to her.

**RE:   Maha Jamal BAROODY**
**      Docket Number:   2:08CR00559-01**
**      RELEASE OF PASSPORT**

Respectfully submitted,

**/s/Kyriacos M. Simonidis for**
**KRIS M. MIURA**
**United States Probation Officer**

Dated:      August 4, 2009
            Sacramento, California
            KMM/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
            **KYRIACOS M. SIMONIDIS**
            **Supervising United States Probation Officer**

---

AGREE:   ____X_____        DISAGREE:   _____

/s/ John A. Mendez                                  8/4/2009
**JOHN A. MENDEZ**                                  DATE
United States District Judge