

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

DEC 2 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　DEPUTY CLERK

**MEMORANDUM**

Honorable John A. Mendez
United States District Judge
Sacramento, California

> **RE:**　**Maha Jamal BAROODY**
> **Docket Number:  2:08CR00559-01**
> **PERMISSION TO TRAVEL**
> <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The probationer is again requesting permission to travel to Hama, Syria.  Ms. Baroody reported her mother is very ill and she would like to help care for her.  As previously reported in her last request, Ms. Baroody has an outstanding restitution obligation, but it is our understanding that her disability benefits are being withheld from the Social Security Administration until her overpayment/restitution is paid in full.  Due to her physical disability, she is not working or generating any other income that could be used to help pay her restitution.  Lastly, the defendant's sister, Haifa Mardini, is paying for her trip. Therefore, the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 28, 2009, the probationer was sentenced for the offense of 18 USC 641 - Theft of Government Property.

**Sentence Imposed:**   60 months Probation; $36,982.76 Restitution; $100 Special Assessment.  **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; No new credit/debt.

**Dates and Mode of Travel:**  If the Court approves the request for travel, the probation officer will confirm the offender's itinerary prior to issuing a travel permit. The offender will limit the travel period to 8 weeks.

**Purpose:**  To care for her ailing mother, Najah Chichakli.  She will stay with her at Alshaeh, Hama, Syria, and can be reached at 963-33-232310.

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

**RE:** **Maha Jamal BAROODY**
**Docket Number:  2:08CR00559-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,


/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**


**DATED:**    December 22, 2009
Elk Grove, California
KMM/cj


**REVIEWED BY:**    /s/ Richard W. Elkins for
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**


**ORDER OF THE COURT:**

**Approved** _____

_____
**Date**    12-22-2009

**Disapproved** _____

JOHN A. MENDEZ
United States District Judge

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG