UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                RE:   Maha Jamal BAROODY
                        Docket Number: 2:08CR00559-01
                        **PERMISSION TO TRAVEL**
                        **OUTSIDE THE COUNTRY**

Your Honor:

The probationer has requested to extend her 8-week stay in Hama, Syria to March 8, 2010. She was scheduled to return on February 26, 2010, but would like to extend her stay. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 28, 2009, the probationer was sentenced for the offense of 18 USC 641 - Theft of Government Property.

**Sentence Imposed:** 60 months Probation; $36,982.76 Restitution; $100 Special Assessment. **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; No new credit/debt.

**Dates and Mode of Travel:** The defendant is currently in Syria caring for her mother and would like to extend her stay until March 8, 2010.

**Purpose:** To care for her ailing mother, Najah Chichakli. She will stay with her at Alshaeh, Hama, Syria, and can be reached at 963-33-232310.

RE: Maha Jamal BAROODY
Docket Number: 2:08CR00559-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
United States Probation Officer

DATED: January 28, 2010
Elk Grove, California
KMM/cj

REVIEWED BY: /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____X____   Disapproved _____

____02-02-10____   /s/ John A. Mendez
**Date**   **JOHN A. MENDEZ**
**United States District Judge**