**RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.   ) | **Docket Number:  2:08CR00559-01** |
| ) | |
| **Maha Jamal BAROODY**   ) | |
| ) | |

**LEGAL HISTORY:**

On April 28, 2009, the above-named was sentenced to 60 months Probation, which commenced on April 28, 2009.  Special conditions included:  Warrantless search; and Financial disclosure and restrictions.

**SUMMARY OF COMPLIANCE:**

Ms. Baroody has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities.  Though it has been less than two years since she was sentenced, it is felt early termination is appropriate.

Ms. Baroody was ordered to pay $36,982.76 in restitution to the Social Security Administration.  As of December 1, 2010, her balance is $30,991.76.  For the most part, Ms. Baroody's main focus of probation is the collection of her restitution obligation; however, our office is not actively collecting any monies from her because she does not derive an income.  Ms. Baroody does not work due to her chronic health issues and age and she does not receive any benefits from the government though she is eligible for spousal benefits from Social Security.  Since June 2009, they have been holding her spousal benefits of approximately $220 a month and applying that amount toward her

**RE:   Maha Jamal BAROODY**
      **Docket Number:  2:08CR00559-01**
      **RECOMMENDATION TERMINATING**
      **PROBATION PRIOR TO EXPIRATION DATE**

obligation to them.  They will continue to collect this amount until her debt is paid, whether she is on probation or not.  It should be noted Ms. Baroody has demonstrated she is willing to cooperate in the repayment of her debt.  In January 2011, she made a $10,000 payment toward her restitution obligation.

Another reason why we are recommending early termination is due to Ms. Baroody's mother.  Her mother, who resides in Syria, is elderly and her health is fragile.  Ms. Baroody has requested several times to visit her mother and has been allowed to travel there twice.  However, the time allotted her in Syria has been restricted due to her probation status.  Our office cannot supervise someone who is not available for supervision.  It is understandable she would like to spend months at a time with her mother while she can; however, while she is on probation, it is not feasible.

Normally, we would not recommend early termination for someone who has only been on probation less than two years with over three years left on her term.  However, it is the opinion of the probation officer that Ms. Baroody has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

                              Respectfully submitted,


                              /s/ Kris M. Miura
                              **KRIS M. MIURA**
                              **United States Probation Officer**

**RE:**   **Maha Jamal BAROODY**
   **Docket Number:  2:08CR00559-01**
   **RECOMMENDATION TERMINATING**
   **PROBATION PRIOR TO EXPIRATION DATE**


Dated:   February 3, 2011
   Elk Grove, California
   KMM/cj


**REVIEWED BY:**   /s/ Deborah A. Spencer
   **DEBORAH A. SPENCER**
   **Supervising United States Probation Officer**


cc:   AUSA Michelle Rodriguez (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **Maha Jamal BAROODY** ) <br> ) | **Docket Number: 2:08CR00559-01** |

On April 28, 2009, the above-named was placed on Probation for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA
United States Probation Officer**

Dated:       February 3, 2011
             Elk Grove, California
             KMM/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER
                    Supervising United States Probation Officer**

**RE:** **Maha Jamal BAROODY**
**Docket Number:  2:08CR00559-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 2/24/2011 | /s/ John A. Mendez |
| **Date** | **John A. Mendez** |
| | **United States District Judge** |

KMM/cj

Attachment:  Recommendation

cc:   United States Attorney's Office
      United States Attorney's Office Financial Litigation Unit
      United States District Clerk's Office